# UNITED STATES BANKRUPTCY COURT
## District of Kansas

In re  Lister-Petter Americas, Inc.          ,
                      Debtor

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Dorset Road<br>Unit 5, Two Woods<br>Industrial Estate<br>Brierley Hill<br>DY5 2YX | | | | 390,000.00 |
| Citizens Bank & Trust Company<br>7553 Northwest Barry Road<br>Kansas City, Missouri 64153 | | | Disputed | 304,000.00<br>Collateral FMV<br>0.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Embracing Solutions Limited<br>c/o Anthony Jaffe<br>9 the Rose Walk<br>Little Oaks 9 The Rose Walk<br>Radlett<br>Hertfordshire<br>United Kingdom WD7 7JS | | | Disputed | 304,000.00<br>Collateral FMV<br>0.00 |
| Milfab<br>Heckworth Close, Severalls Park<br>Colchester, Essex C04 9TB | | | | 240,000.00 |
| Shimpukade Metals PVT LTD<br>B-16, MIDC, Gokul Shirgaon, Kolhapur<br>Maharashtra State, 416 234 India | | | | 165,865.00 |
| SM Auto Engineering PVT. LTD<br>GAT No 299, Nanekarwadi,<br>Chakan Tal-KHED<br>Dist-Pune 410501 India | | | | 161,027.20 |
| Delphi Diesel Systems<br>Izmir Caddesi No 380<br>Menderes/Izmir<br>Turkey 609 002 5111 | | | | 154,064.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Delphi Diesel Systems<br>Boulevard Isidro Lopez Zertuche 4248<br>Saltillo Coahuila, Mexico 493 | | | | 139,275.00 |
| Ernest-Spencer Metals Inc<br>3323 East 82nd<br>Meriden, KS 66512r | | | | 106,305.81 |
| Wyken Tools Limited<br>Bodmin Road<br>Coventry CV2 DY<br>England | | | | 100,674.67 |
| Robert Bosch LLC<br>6555 Fulton Industrial Blvd Ste 200<br>Atlanta, GA 30336 | | | | 72,332.04 |
| Sundram Fastners LTD, Autolec Div<br>F21 Sipcot Industrial Complex<br>Gummudipoondi<br>601201 India | | | | 69,661.74 |
| Shimpukade Engineering PVT LTD<br>D-16/2,Part, MIDC, Gokul Shirgaon, Kilhapur<br>Maharashtra State<br>416 234 India | | | | 66,555.30 |
| Motive Ventures, LLC<br>142 Ranch Drive<br>Boerne, TX 78015 | | | | 57,642.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Sundram Fastners Limited<br>98A 7th Fl Dr. Radhakrishnan Salai<br>Chennai 600004 India | | | | 49,295.30 |
| Held & Associates Inc<br>1120 Erie St.<br>No. Kansas CIty, MO 64116 | | | | 48,577.47 |
| Charcroft Electronics LTD\|<br>Dol-y-Coed<br>Llanwrtyd Wells,<br>Powys LDS 4th<br>Great Britain | | | | 42,197.20 |
| Exponetial Engineering PVT LTD<br>Regd Office,<br>BG-P-125,General Block<br>Maharashtra, Bhosan Pune 411 026 India | | | | 41,613.00 |
| Geiger Ready Mix Inc<br>1333 S. 2nd St.<br>Leavenworth, KS 66048 | | | | 39,750.00 |
| NC Industries LTD<br>Unit 1, Park Farm,<br>The Green<br>Oaksey, Willtshire SN16 9SD<br>England | | | | 36,813.26 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date  3/17/2015

Signature  /s/ Trevor Modell

TREVOR MODELL,